No. 80–5217.  BROWN *v.* JERNIGAN, WARDEN, *ante,* p. 958;

No. 80–5274.  TWYMAN *v.* HESS, WARDEN, ET AL., *ante,* p. 959;

No. 80–5276.  LANDI *v.* CALIFORNIA, *ante,* p. 959; and

No. 80–5401.  DANKERT *v.* GEORGIA, *ante,* p. 986.  Petitions for rehearing denied.

No. 79–972.  WESTVACO CORP. ET AL. *v.* ADAMS EXTRACT CO. ET AL., *ante,* p. 915.  Petition of Georgia-Pacific Corp. and Packaging Corporation of America for rehearing and for further relief denied.  JUSTICE STEWART and JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–5272.  BROWN *v.* KANSAS WORKMEN'S COMPENSATION FUND, *ante,* p. 914.  Petition for rehearing denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

## DECEMBER 30, 1980

No. A–567.  KLUTZNICK, SECRETARY OF COMMERCE, ET AL. *v.* CAREY, GOVERNOR OF NEW YORK, ET AL.  The application of the Solicitor General for a stay pending appeal to the United States Court of Appeals for the Second Circuit was presented to JUSTICE MARSHALL as Circuit Justice, and by him referred to the Court.  The application was directed to that portion of the judgment entered December 29, 1980, by the United States District Court for the Southern District of New York, case No. 80 Civ. 4550, that precludes the Bureau of the Census from certifying to the President the population totals for New York and the state-by-state census tabulations, on December 31, 1980, as mandated by 13 U. S. C. § 141 (b).  The application is hereby granted.  This order shall remain in effect pending disposition of the appeal by